# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **CURTIS MCLEAN,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **SIGNATURE PERFORMANCE, INC.,** <br><br> Defendant. | Case No. 8:24-cv-00230 <br><br> **Chief Judge Brian C. Buescher** <br><br> **Magistrate Judge Michael D. Nelson** <br><br> Complaint filed June 17, 2024 |
| **BRANDI N. CANADY,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **SIGNATURE PERFORMANCE, INC.,** <br><br> Defendant. | Case No. 8:24-cv-00231 <br><br> Complaint filed June 18, 2024 |
| **RACHAEL REESE,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **SIGNATURE PERFORMANCE, INC.,** <br><br> Defendant. | Case No. 8:24-cv-00233 <br><br> Complaint filed June 18, 2024 |
| **LEA JACOBS,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **SIGNATURE PERFORMANCE, INC. and SOUTHEASTERN REGIONAL MEDICAL CENTER d/b/a UNC HEALTH SOUTHEASTERN,** | Case No. 8:24-cv-00234 <br><br> Complaint filed June 18, 2024 |

| | |
|---|---|
| **ADVENTIST HEALTH SYSTEM/WEST,** and **ADVENTIST HEALTH TULARE**<br><br>Defendants. | |
| **MONCIA ENRIQUEZ,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>**SIGNATURE PERFORMANCE, INC.,**<br><br>Defendant. | Case No. 8:24-cv-00235<br><br>Complaint filed June 18, 2024 |

### PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CO-LEAD CLASS COUNSEL

Under Federal Rules of Civil Procedure 42(a) and 23(g)(3), Plaintiffs in the five above-captioned Related Actions, by and through their undersigned counsel, respectfully move this Honorable Court for the consolidation of the Related Actions and appointment of Mason A. Barney of Siri & Glimstad LLP ("Barney"), Bryan L. MABleichner of Chestnut Cambronne PA ("Bleichner"), M. Anderson Berry of Clayeo C. Arnold, A Professional Corporation ("Berry"), and Jeff Ostrow of Kopelowitz Ostrow P.A. ("Ostrow") as Interim Co-Lead Class Counsel to collectively lead this litigation and help assure the orderly prosecution of the eventual consolidated action.

This Motion also seeks to stay all case deadlines in the Related Actions during the pendency of this Motion, including deadlines for Defendants to respond to the respective complaints. Plaintiffs request that Defendants' response to the respective complaints be set as follows: if the Court grants this Motion, then forty-five (45) days from the filing of a Consolidated Complaint; or, if the Court denies this Motion, then forty-five (45) days from the date of the

Court's order of denial. In addition, in the event Defendants' response is a motion to dismiss, Plaintiffs request the following briefing schedule: 30 days to file their opposition brief, and 21 days for Defendants to file a reply brief. Further, Plaintiffs request Defendants be granted leave of court pursuant to Local Rule 7 to file a reply brief in support of its motion to dismiss.

As discussed in detail in the accompanying Memorandum, (a) the Related Actions involve common parties and similar issues of law and fact; (b) the putative class representatives in each of the Related Actions seek to represent similar classes of persons (collectively referred to as the "Class") whose personal information was provided to and maintained by Defendants and compromised in the data security incident that is the subject of the Related Actions (the "Data Breach"); (c) Plaintiffs and the proposed Class were similarly impacted by the Data Breach; (d) the Related Actions arise out of similar circumstances, making consolidation under Federal Rule of Civil Procedure 42(a) appropriate; and (e) the appointment of Barney, Bleichner, Berry, and Ostrow as Interim Co-Lead Class Counsel is in the best interests of the putative class in that it will provide efficiencies to the parties and the Court and will avoid uncertainty and confusion as to who may speak for the putative Class.

This Motion is supported by the accompanying Memorandum and exhibits attached thereto. WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' request and consolidate the Related Actions, establish the requested briefing schedule, and appoint Interim Co-Lead Class Counsel.

DATED: June 21, 2024		Respectfully submitted,

*/s/ Mason A. Barney*
Mason A Barney
**SIRI & GLIMSTAD LLP**
745 Fifth Ave., Suite 500
New York, NY 10151

Phone: (646) 357-1732
mbarney@sirillp.com

Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612)-336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

M. Anderson Berry (SBN 262879)
Gregory Haroutunian*
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
*aberry@justice4you.com*
*gharoutunian@justice4you.com*

Jeff Ostrow*
**KOPELOWITZ OSTROW FERGUSON**
**WEISELBERG GILBERT**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

*Proposed Interim Co-Lead Counsel*

Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651.3700
Facsimile: (513) 665.0219
tcoates@msdlegal.com

Jason M. Wucetich*
**WUCETICH & KOROVILAS LLP**
222 North Pacific Coast Highway, Suite 2000
El Segundo, California 90245

Telephone: (310) 335-2001
Facsimile: (310) 364-5201
jason@wukolaw.com

Jean S. Martin*
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33601
Tel. (813) 559-4908
E: jeanmartin@forthepeople.com

Gary Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Daniel Srourian*
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
daniel@slfla.com

*Additional Attorneys for Plaintiffs and the Class*
*\*Pro Hac Vice Forthcoming*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 21, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mason A. Barney
Mason A. Barney