# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **In Re Signature Performance Data Security Incident Litigation** | ORDER<br><br>8:24CV230<br>8:24CV231<br>8:24CV233<br>8:24CV234<br>8:24CV235<br>8:24CV252 |

The plaintiffs in the above-captioned cases, excluding *Coit v. Signature Performance, Inc. et al.*, Case No. 8:24CV252, have filed an Unopposed Motion to Consolidate Related Actions and Appoint Interim Co-Lead Class Counsel (Filing No. 6 in Case No. 8:24CV230).[1] Because the *Coit* action was filed four days after the motion was filed, the Court is uncertain whether Coit and his counsel have received notice of the motion, and whether Coit has position a position on the motion. Therefore, in the interest of fairness, the Court will provide counsel with an opportunity to respond to the motion. Accordingly,

**IT IS ORDERED**: Any response to the Unopposed Motion to Consolidate Related Actions and Appoint Interim Co-Lead Class Counsel (Filing No. 6 in Case No. 8:24CV230) must be filed on or before **July 24, 2024.**

Dated this 10th day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

---

[1] The motion and accompanying supporting documents were filed only in *McLean v. Signature Performance, Inc.*, Case No. 8:24CV230 (June 17, 2024), which the moving parties anticipate will be designated as the Lead Case. The Court has attached a copy of the motion, brief, and attachments to this Order.