# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **In Re Signature Performance Data Breach Litigation** | **ORDER**<br><br>8:24CV230<br>8:24CV231<br>8:24CV233<br>8:24CV234<br>8:24CV235<br>8:24CV252 |

This matter is before the Court on the Unopposed Motions for Extension of Time (Filing No. 25 in the Lead Case, et al.) filed by Defendant, Signature Performance, Inc. Defendant requests a 45-day extension of time to respond to the Consolidated Class Action Complaint in this matter. No party opposes this request. After consideration,

**IT IS ORDERED**:

1. Defendant's Unopposed Motions for Extension of Time (Filing No. 25 in Case No. 8:24CV230; Filing No. 18 in Case No. 8:24CV231; Filing No. 12 in Case No. 8:24CV233; Filing No. 30 in Case No. 8:24CV234; Filing No. 15 in Case No. 8:24CV235; Filing No. 20 in Case No. 8:24CV252) are granted.

2. The deadline for Defendant to file an answer or other responsive pleading to the Consolidated Class Action Complaint is extended to December 9, 2024.

Dated this 16th day of October, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge